UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
SUNIL SUNDOWN and PRIYA SUNDOWN,

                Plaintiffs,

    -against-

ENDEAVOR AIR, INC., CAPTAIN "JOHN DOE"
and FIRST OFFICER, "JANE ROE",

                Defendants.
-------------------------------------------------------------x

Case No.

NOTICE OF REMOVAL

      PLEASE TAKE NOTICE, that Defendant Endeavor Air, Inc. hereby removes this action from New York State Supreme Court, County of Queens to the United States District Court for the Eastern District of New York pursuant to 28 U.S.C. §§ 1331, 1332(a), 1441 and 1446.

      1.     The grounds for removal are (a) a civil action between citizens of different states with an amount in controversy that exceeds the sum of $75,000, exclusive of interest and costs; (b) federal question jurisdiction involving application and interpretation of Federal Aviation Regulations and federal law, which supersede conflicting state laws.

      2.     Upon information and belief, plaintiffs commenced a civil action by filing a summons and complaint in New York State Supreme Court, County of Queens on February 4, 2021 under Index No. 702767/2021. The state court complaint names Endeavor Air, Inc. and Captain "John Doe" and First Officer "Jane Roe" as defendants. Plaintiffs contend that Endeavor Air, Inc. was served through New York's Secretary of State on February 10, 2021. Copies of the summons and complaint filed in the state court action and the affidavit of service are annexed hereto as **Exhibit A.** Upon information and belief and upon reasonable inquiry, the attached summons and verified complaint is the initial pleading served in the action. Defendant

Endeavor Air, Inc. actually received the initial pleading on March 16, 2021. Removal is timely under 22 U.S.C.§ 1446(b)(1). Upon information and belief, the two defendants sued under fictitious names were not properly joined and served as of the date of this Notice of Removal.

3. The above-captioned action is one in which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a)(1), as it is a civil action where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states.

4. Upon information and belief, plaintiffs are citizens of the State of New York. Defendant Endeavor Air, Inc. is a foreign corporation formed and existing under the laws of the State of Georgia with a principal office for business located in Minneapolis, Minnesota. Based upon the injuries alleged and discussions with plaintiffs' counsel, the amount in controversy exceeds $75,000, exclusive of interest and costs.

5. In addition to diversity jurisdiction, this Court has original jurisdiction under 28 U.S.C. § 1331, as plaintiffs' state law claims are expressly preempted by federal laws and federal agency regulations, including but not limited to the Federal Aviation Administration.

6. A copy of this Notice of Removal has been served on plaintiffs'' counsel at the address provided on the state court complaint and a copy of the notice has also been served on and filed with the clerk of the state court in which the action was filed and is pending.

Defendant Endeavor Air, Inc. represents that this notice is timely, complies with the statutory removal requirements, is the first application for such relief, and hereby requests that this action proceed in this Court as a properly removed action.

Dated: Locust Valley, New York
       March 22 2021

[signature]

Douglas Shearer (DS 2671)  
Shearer PC  
90 Forest Avenue  
Locust Valley, New York 11560  
(516) 750-8500  
Doug@Shearerpc.com  
*Attorneys for Defendant Endeavor Air, Inc.*

TO:  David Zelman, Esq.  
      709 Eastern Parkway  
      Brooklyn, New York 11213  
      (718) 604-3072  
      *Attorneys for Plaintiff*

      Clerk of the Court  
      New York State Supreme Court  
      88-11 Sutphin Boulevard  
      Jamaica, New York 11435

# EXHIBIT "A"

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
-----------------------------------------------------------------X
SUNIL SUNDOWN and PRIYA SUNDOWN,

                Plaintiffs,

-against-

ENDEAVOR AIR, INC., CAPTAIN "JOHN DOE" and
FIRST OFFICER, "JANE ROE",

                Defendants.
-----------------------------------------------------------------X

Index No.:

Date Purchased:

Plaintiff designates
QUEENS County as the
place of trial.

The basis of venue is
the residence of the
plaintiffs, SUNIL SUNDOWN and PRIYA SUNDOWN,
who resides at: 109-15 205th Street, Hollis
New York, 11412

**SUMMONS**
Date Filed:_____

To the above-named Defendant(s):

      YOU ARE HEREBY SUMMONED to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's Attorney within twenty (20) days after service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

DATED:     Brooklyn, New York
            February 4, 2021

Yours, etc.,

_____
DAVID A. ZELMAN, ESQ.
709 Eastern Parkway
Brooklyn, New York 11213
(718) 604-3072

Defendants' addresses:
ENDEAVOR AIR, INC.,
C/O CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NEW YORK, 12207-2543

CAPTAIN "JOHN DOE"
Unknown at Present

FIRST OFFICER, "JANE ROE",
Unknown at Present

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
---------------------------------------------------------------X
SUNIL SUNDOWN and PRIYA SUNDOWN,

                                    Plaintiffs,

         -against-

ENDEAVOR AIR, INC., CAPTAIN "JOHN DOE" and
FIRST OFFICER, "JANE ROE"

                                    Defendant.
---------------------------------------------------------------X

**VERIFIED COMPLAINT**

Index No.:

Plaintiffs SUNIL SUNDOWN and PRIYA SUNDOWN, by their attorneys LAW OFFICE OF DAVID A. ZELMAN, upon information and belief allege:

## AS FOR A FIRST CAUSE OF ACTION

1. Plaintiff SUNIL SUNDOWN was and is a resident of the County of Queens, State of New York.

2. Plaintiff PRIYA SUNDOWN was and is a resident of the County of Queens, State of New York.

3. Defendant ENDEAVOR AIR, INC. was and is a New York State Corporation with a principal place of business located at John F. Kennedy Airport, Queens, New York.

4. Defendant CAPTAIN "JOHN DOE", whose name is fictitious as it is unknown to plaintiffs at present, was and possibly still is an employee of defendant ENDEAVOR AIR, INC.

5. Defendant FIRST OFFICER "JANE ROE", whose name is fictitious as it is unknown to plaintiffs at present, was and possibly still is an employee of defendant ENDEAVOR AIR, INC.

6. On or about February 26, 2018, Defendant ENDEAVOR AIR, INC. owned a certain aircraft at John F. Kennedy Airport, County of Queens, State of New York.

7. On or about February 26, 2018, Defendant ENDEAVOR AIR, INC. operated a certain aircraft at John F. Kennedy Airport, County of Queens, State of New York.

8. On or about February 26, 2018, Defendant ENDEAVOR AIR, INC. controlled a certain aircraft at John F. Kennedy Airport, County of Queens, State of New York.

9. On or about February 26, 2018, Defendant ENDEAVOR AIR, INC. maintained a certain aircraft at John F. Kennedy Airport, County of Queens, State of New York.

10. On or about February 26, 2018, Defendant ENDEAVOR AIR, INC. leased a certain aircraft at John F. Kennedy Airport, County of Queens, State of New York.

11. On or about February 26, 2018, Defendant ENDEAVOR AIR, INC. was the lessor of a certain aircraft at John F. Kennedy Airport, County of Queens, State of New York.

12. On or about February 26, 2018, and at all times hereinafter mentioned, Defendants CAPTAIN "JOHN DOE" and FIRST OFFICER, "JANE ROE" operated the aircraft at John F. Kennedy Airport, County of Queens, State of New York.

13. On or about February 26, 2018, Defendants, "JOHN DOE" and FIRST OFFICER, "JANE ROE" while operating a certain aircraft owned by defendant ENDEAVOR AIR, INC., was involved in a collision with plaintiff, a driver of a stopped vehicle.

14. On or about February 26, 2018, Defendants JOHN DOE" and FIRST OFFICER, "JANE ROE" while operating the ENDEAVOR AIR, INC. aircraft struck the vehicle plaintiff was sitting in.

15. That as a result thereof, Plaintiff SUNIL SUNDOWN, was seriously injured.

16. The aforesaid occurrence, collision and resulting injuries to Plaintiff SUNIL SUNDOWN, was due to the carelessness, recklessness and negligence of the Defendant ENDEAVOR AIR, INC., CAPTAIN "JOHN DOE" and FIRST OFFICER, "JANE ROE" in the ownership,

2

17. operation, control, management and maintenance of said aircraft and without any fault or wrongdoing on the part of Plaintiff, contributing thereto.

17. Pursuant to Federal Aviation Regulations, the Captain and First Officer are responsible for controlling the movement of their aircraft at all times when the aircraft is under power, whether in the air or on the ground, under the applicable provisions of the Federal Aviation Rules; the Captain and First Officer are at all times responsible to see and avoid traffic including but not limited to, other aircraft, ground vehicles, persons, fixtures and stationery objects.

18. While under power, defendant "JOHN DOE" and "JANE ROE" piloted the aircraft into a stationery cargo vehicle and failed in their duty to see and avoid a ground vehicle; defendants "JOHN DOE" and "JANE ROE" failed to utilize reasonable care by driving into a stationery vehicle which was readily apparent to be seen and defendants were otherwise negligent in the cause of the within accident.

19. That as a result of the foregoing, Plaintiff SUNDOWN has sustained a serious injury as defined in subdivision d of § 5102 of the Insurance Law, or economic loss greater than basic economic loss as defined in subdivision a of § 5102 of the Insurance Law.

20. Paragraph 6 of Section 1602 of the Civil Practice Laws and Rules applies to this action.

21. By reason of the foregoing, Plaintiff SUNIL SUNDOWN was caused to be sick, sore, lame, and disabled, has been and will continue to be obligated to incur and expend large sums of money for his medical care and attention and has otherwise been damaged in a sum that exceeds the jurisdiction of all lower courts that would otherwise have jurisdiction.

AS FOR A SECOND CAUSE OF ACTION

22. Paragraphs 1 through 21 are hereby realleged as if fully set forth below.

23. Plaintiff PRIYA SUNDOWN, for all times relevant to this action, has been and continues to be the lawful wife of plaintiff SUNIL SUNDOWN and the two have and continue to reside and cohabit together.

24. That as a result of the occurrence, plaintiff PRIYA SUNDOWN was deprived of her husband's love, services, consortium, affection, society and companionship and will continue to be deprived of such.

WHEREFORE, Plaintiffs, SUNIL SUNDOWN and PRIYA SUNDOWN, demand judgment against the Defendants in the First and Second Causes of Action in sums which exceed the jurisdiction of all lower courts that would otherwise have jurisdiction, together with the costs, interests and disbursements of this action herein.

DATED:  Brooklyn, New York
        February 4, 2021

_____
David A. Zelman, Esq.
Attorney for Plaintiffs
SUNIL SUNDOWN and PRIYA SUNDOWN
709 Eastern Parkway
Brooklyn, NY 11213
(718) 604-3072

## ATTORNEY VERIFICATION

David A. Zelman, Esq., an attorney at law, duly admitted to practice in the Courts of the State of New York, affirms under the penalties of perjury that:

He is the attorney for the plaintiff(s) in the above entitled action. That he has read the foregoing COMPLAINT and knows the contents thereof, and upon information and belief, deponent believes the matters alleged therein to be true.

The reason this Verification is made by deponent and not by the plaintiff(s) is that the plaintiff(s) herein reside(s) in a county other than the one in which the plaintiff's attorneys maintain their office.

The source of deponent's information and the grounds of his belief are communication, papers, reports and investigation contained in the file.

DATED:    Kings, New York
          FEB. 4, 2021

_____
David A. Zelman, Esq.

_Supreme_ COURT OF THE STATE/CITY OF NEW YORK
COUNTY OF **QUEENS** ATTORNEY: **DAVID A. ZELMAN, ESQ.**

20210209113003

| | |
|---|---|
| SUNIL SUNDOWN, ET AL<br>- against -<br>ENDEAVOR AIR INC, ET AL | Petitioner(s)<br>Plaintiff(s)<br>Respondent(s)<br>Defendant(s) |

**AFFIDAVIT OF SERVICE**

INDEX# 702767 2021  2/4/21
DATE OF FILING:

STATE OF: New York - COUNTY OF: Albany ss:

I, Angela Roy, being duly sworn deposes and says deponent is not a party to this action, is over the age of 18 and resides in Latham, NY

That on date/time: 2/10/21 @ 9:10 A at ONE COMMERCE PLAZA 99 WASHINGTON AVENUE ALBANY NY 12231

deponent served within: NOTICE OF ELECTRONIC FILING, SUMMONS, VERIFIED COMPLAINT, VERIFICATION, $40 FEE

[ ] Summons, Spanish summons & complaint, the language required by NRCRR 2900.2(e), (f) & (h) was set forth on the face of the summons(es)

On: ENDEAVOR AIR INC C/O NEW YORK SECRETARY OF STATE

[X] Defendant  [ ] Respondent  [ ] Witness (hereinafter called the recipient) therein named.

**INDIVIDUAL A [ ]** By personally delivering and leaving with said ENDEAVOR AIR INC C/O NEW YORK SECRETARY OF STATE and that he/she knew the person so served to be the person mentioned and described in the aforementioned documents.

**CORPORATION B [X]** By delivering to and leaving with _Nancy Dougherty_ at _One Commerce Plaza Albany NY 12231_ and that he knew the person so served to be _Bus. Doc. Spec. II_ of the corporation.

**SUITABLE AGE PERSON C [ ]** Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person: By delivering a true copy thereof and leaving with _____ a person of suitable age and discretion at _____ the said premises being the recipient's [ ] Dwelling/Usual place of abode [X] Actual place of business within the State of NY.

**AFFIXING TO DOOR, ETC D [ ]** By affixing a true copy thereof to the door of said premises, the same being the recipient's [ ] Dwelling/Usual place of abode [X] Actual place of business within the State of NY. Deponent had previously attempted to serve the above named recipient on/at times documented below/to right: Deponent spoke with _____ who stated to deponent that the said recipient(s) lived at the aforementioned address, but did not know recipient's place of employment.
1._____ 2._____ 3._____

**MAILING TO RESIDENCE E1 [ ]** Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient to recipient's dwelling place/usual place of abode at the above address and deposited said envelope in an official repository under the exclusive care and custody of the US Postal Service within the State of NY. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient and mailed on _____.

**MAILING TO BUSINESS E2 [ ]** Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient to recipient's actual place of business at the above address and deposited said envelope in an official repository under the exclusive care and custody of the US Postal Service within the State of NY. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient and mailed on _____.

**WITNESS FEE F [ ]** Witness fee of the authorizing traveling expenses and one day's witness fee: [ ] was paid (tendered) to the recipient [ ] was mailed to the witness with subpoena copy.

**MILITARY SERVICE G [X]** I asked the person spoken to whether defendant was in active military service of the United States or of the State of NY in any capacity whatsoever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

**H [X]** DEPONENT STATES THAT THE INDEX # AND FILING DATE WERE CLEARLY VISIBLE ON THE SUMMONS. DESCRIPTION OF THE RECIPIENT OR OTHER PERSON SERVED OR SPOKEN TO ON BEHALF OF THE RECIPIENT IS AS:

**Description of Person Accepting Service:**
SEX: F  AGE: 60  HEIGHT: 5'2"  WEIGHT: 120 lbs  SKIN: White  HAIR: Brown  OTHER: _____

**Served Data:**
Subscribed and Sworn to me this
10TH day of February, 20 21
Notary Signature: _[signature]_
BRADLEY ROY    5/31/23
Name of Notary    Commission Expiration

BRADLEY J. ROY
Notary Public, State of New York
Qualified in Albany Co., No. 01RO6242471
Commission Expires May 31, 2023

I, Angela Roy, was at the time of service a competent adult, not having direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.
_[signature]_  2/10/2021
Signature of Process Server    Date
License#:_____
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE, SUITE 101
UNION, NJ 07083

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NASSAU    )

ANGELA A. VALENTINO, being duly sworn, deposes and says:

1. I am not a party to this action, am over the age of 18 years and reside in Glen Cove, New York.

2. On March 22, 2021, I served a true copy of the within Notice of Removal with support documents in the following manner:

Through the Court's NYSCEF system, pursuant to Uniform Rule 202.5-bb(c)(1) and/or 202.5-b(h)(3), by electronically filing same with such system, which caused the document to be electronically served upon the following and by mailing the same in a sealed envelope, with postage prepaid thereon, in an official depository of the United States Postal Service within the State of New York, addressed to the last known of the addressee(s) as follows:

TO:   David Zelman, Esq.
      709 Eastern Parkway
      Brooklyn, New York 11213

      Clerk of the Court
      New York State Supreme Court
      88-11 Sutphin Boulevard
      Jamaica, New York 11435

_____
ANGELA A. VALENTINO

Sworn to before me this
22nd day of March, 2021

_____
Notary Public

DOUGLAS SHEARER
Notary Public, State of New York
No. 02SH6131755
Qualified in Nassau County
Commission Expires August 22, 2021